IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

U.S. DISTRICT
DISTRICT OF KANSAS

2015 JAN 28   AM 10: 52

BY _____tja_____ DEPUTY
AT KANSAS CITY, KS

<u>Skylar Hesson Salem</u> )
_____ )
_____ )
_____ )
_____ )
(Enter above the full name of the Plaintiff(s) )
                                              )
vs. <u>Compass</u>                             )   Case Number: <u>15-CV-2285 JAR/TJJ</u>
    <u>Southwest Case</u>                     )
    <u>State of Kansas</u>                    )
Name                                          )
<u>300 SW 10th Ave STE 241 S</u>               )
Street and number                             )
<u>Topeka    Ks    66612-1590</u>              )
City       State       Zip Code               )

(Enter above the full name and address of the
Defendant in this action - list the name and
address of any additional defendants on the back
side of this sheet).

## CIVIL COMPLAINT

I.   Parties to this civil action:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any, on an attached sheet of paper).

A.   Name of plaintiff <u>Skylor Hesson Solem</u>

     Address <u>6507 Bluejacket</u>

     <u>Shawnee, Ks 66203</u>

1

(In item B below, write the full name of the defendant in the first blank. In the second blank, write the official position of the defendant. Use item C for the names and positions of any additional defendants).

B. Defendant _Compass_ is

employed at _____

C. Additional Defendants _Southwest Case_

_State of Kansas_

II. Jurisdiction:

(Complete one or more of the following subparagraphs, A., B.1, B.2., or B.3., whichever is applicable.)

A. (If Applicable) Diversity of citizenship and amount:

1. Plaintiff is a citizen of the State of _Kansas_.

2. The first-named defendant above is either

a. a citizen of the State of _____; or

b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

3. The second-named defendant above is either

a. a citizen of the State of _____; or

b. a corporation incorporated under the laws of the State of _____ and having its principal place of business in a State other than the State of which plaintiff is a citizen.

(If there are more than two defendants, set forth the foregoing information for

2

each additional defendant on a separate page and attach it to this complaint.)

Plaintiff states that the matter in controversy exceeds, exclusive of interest and costs, the sum of seventy-five thousand dollars ($75,000.00).

B. (If applicable) Jurisdiction founded on grounds other than diversity (Check any of the following which apply to this case).

____ 1. This case arises under the following section of the Constitution of the United States or statute of the United States (28 U.S.C. §1331): Constitution, Article____, Section____; Statute, US Code, Title____, Section____.

X 2. This case arises because of violation of the civil or equal rights, privileges, or immunities accorded to citizens of, or persons within the jurisdiction of, the United States (28 U.S.C. §1343).

____ 3. Other grounds (specify and state any statute which gives rise to such grounds):

_____

_____

_____

III. Statement of Claim:

(State here a short and plain statement of the claim showing that plaintiff is entitled to relief. State what each defendant did that violated the right(s) of the plaintiff, including dates and places of such conduct by the defendant(s). Do not set forth legal arguments. If you intend to allege more than one claim, number and set forth each claim in a separate paragraph. Attach an additional sheet, if necessary, to set forth a short and plain statement of the claim[s].)

Eva Composs Southwest Case and State of Kansas tried Mental health tactic with Gray County Sheriff Department, Laura Lewis, Eric Herman, and Meade County Jail to harm and

3

use a complaint. Slander. Also the jailor Kevin, Donna, & Pat at Meade County jail tried tactics and harmful acts.

IV. Relief:

(State briefly exactly what judgement or relief you want from the Court. Do not make legal arguments.)

$200,000,000.00

V. Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?   Yes [X]   No [ ]

VI. Do you claim actual damages for the acts alleged in your complaint?   Yes [X]   No [ ]

VII. Do you claim punitive monetary damages? Yes [X]   No [ ]

If you answered yes, state the amounts claimed and the reasons you claim you are entitled to recover money damages.

Very horrible harm with game and complaint tools.

4

VIII. Administrative Procedures:

    A.    Have the claims which you make in this civil action been presented through any type of Administrative Procedure within any government agency? Yes [ ] No [X]

    B.    If you answered yes, give the date your claims were presented, how they were presented, and the result of that procedure:

    C.    If you answered no, give the reasons, if any, why the claims made in this action have not been presented through Administrative Procedures:

        Federal Lawsuit

IX. Related Litigation:

Please mark the statement that pertains to this case:

    __X__    This cause, or a substantially equivalent complaint, was previously filed in this court as case number 15cu 2229 CM/JPO and assigned to the Honorable Judge Murguio.

    _____    Neither this cause, nor a substantially equivalent complaint, previously has been filed in this court, and therefore this case may be opened as an original proceeding.

_[signature]_
Signature of Plaintiff

SKyLAR Hesson Salem
Name (Print or Type)

5

_____6507 Bluejacket_____
Address

_____Shawnee   Ks   66203_____
City        State       Zip Code

_____
Telephone Number

## DESIGNATION OF PLACE OF TRIAL

Plaintiff designates ☐ Wichita, ☒ Kansas City  or  ☐ Topeka , Kansas as the location for the trial in this matter.
(check one location)

_____
Signature of Plaintiff

## REQUEST FOR TRIAL BY JURY

Plaintiff requests trial by jury   ☐ yes  ☒ no .
(check one)

_____
Signature of Plaintiff

Dated: 1-27-2015
(Rev. 8/07)