### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 15-2209-CM |
| | ) | |
| **THE STATE OF KANSAS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 15-2285-CM |
| | ) | |
| **COMPASS,** | ) | |
| **SOUTHWEST CASE, and** | ) | |
| **THE STATE OF KANSAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 15-2289-CM |
| | ) | |
| **GRAY COUNTY KANSAS SHERIFF** | ) | |
| **and THE STATE OF KANSAS,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | Case No. 15-2307-CM |
| | ) | |
| **GRAY COUNTY SHERIFF** | ) | |
| **DEPARTMENT, JEFF SHARP, and** | ) | |

| | |
|---|---|
| **THE STATE OF KANSAS,** | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15-2309-CM |
| | ) | |
| **ERIC HARMAN and** | ) | |
| **THE STATE OF KANSAS,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15-2310-CM |
| | ) | |
| **JOSEPH SALEM and** | ) | |
| **H.E. SALEM CORPORATION,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15-2311-CM |
| | ) | |
| **SHAWNEE POLICE DEPARTMENT** | ) | |
| **and JOHNSON COUNTY SHERRIFF** | ) | |
| **DEPARTMENT,** | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

| | | |
|---|---|---|
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 15-2312-CM |

|   |   |   |
|---|---|---|
| MEADE COUNTY JAIL and<br>THE STATE OF KANSAS, | )<br>)<br>)<br>) |   |
| Defendants. | )<br>) |   |
| _____ | ) |   |
| SKYLAR HESSON SALEM, | )<br>) |   |
| Plaintiff, | )<br>) |   |
| v. | ) | **Case No. 15-2313-CM** |
|   | ) |   |
| TIFFONY GASSELING,<br>THE STATE OF KANSAS, and<br>KANSAS DEPARTMENT OF<br>CORRECTIONS, | )<br>)<br>)<br>)<br>) |   |
| Defendants. | )<br>) |   |
| _____ | ) |   |
| SKYLAR HESSON SALEM, | )<br>) |   |
| Plaintiff, | )<br>) |   |
| v. | ) | **Case No. 15-2320-CM** |
|   | ) |   |
| JOSEPH E. SALEM, and<br>H.E. SALEM CORPORATION, | )<br>)<br>) |   |
| Defendants. | )<br>) |   |
| _____ | ) |   |
| SKYLAR HESSON SALEM, | )<br>) |   |
| Plaintiff, | )<br>) |   |
| v. | ) | **Case No. 15-2321-CM** |
|   | ) |   |
| FRED BALTHAZOR,<br>THE STATE OF KANSAS,<br>KANSAS DEPARTMENT OF<br>CORRECTIONS, R.J. COOK, and<br>TIFFONY GASSELING, | )<br>)<br>)<br>)<br>)<br>) |   |
| Defendants. | ) |   |

```
_____  )
                                 )
SKYLAR HESSON SALEM,             )
                                 )
            Plaintiff,           )
v.                               )    Case No. 15-2588-CM
                                 )
KANSAS CITY, MISSOURI,           )
POLICE DEPARTMENT,               )
                                 )
            Defendant.           )
_____  )

SKYLAR HESSON SALEM,             )
                                 )
            Plaintiff,           )
v.                               )    Case No. 15-2590-CM
                                 )
WALMART,                         )
                                 )
            Defendant.           )
_____  )

SKYLAR HESSON SALEM,             )
                                 )
            Plaintiff,           )
v.                               )    Case No. 15-2607-CM
                                 )
JOSEPH SALEM and                 )
H.E. SALEM CORPORATION,          )
                                 )
            Defendants.          )
_____  )

SKYLAR HESSON SALEM,             )
                                 )
            Plaintiff,           )
v.                               )    Case No. 15-2608-CM
                                 )
JIM KRAMER and                   )
THE STATE OF KANSAS,             )
                                 )
            Defendants.          )
```

| | |
|---|---|
| _____ ) | |
| **SKYLAR HESSON SALEM,**               ) | |
|                                                                       ) | |
|                   **Plaintiff,**                   ) | |
| **v.**                                                              ) | **Case No. 15-2609-CM** |
|                                                                       ) | |
| **DORALYN DAY and**                      ) | |
| **STATE OF MISSOURI,**                   ) | |
|                                                                       ) | |
|                   **Defendants.**              ) | |
| _____ ) | |
| **SKYLAR HESSON SALEM,**               ) | |
|                                                                       ) | |
|                   **Plaintiff,**                   ) | |
| **v.**                                                              ) | **Case No. 15-2622-CM** |
|                                                                       ) | |
| **STACY PYLE and NATHAN PYLE,** ) | |
|                                                                       ) | |
|                   **Defendants.**              ) | |
| _____ ) | |
| **SKYLAR HESSON SALEM,**               ) | |
|                                                                       ) | |
|                   **Plaintiff,**                   ) | |
| **v.**                                                              ) | **Case No. 15-2627-CM** |
|                                                                       ) | |
| **JUDITH WALDRON,**                       ) | |
|                                                                       ) | |
|                   **Defendant.**                ) | |
| _____ ) | |
| **SKYLAR HESSON SALEM,**               ) | |
|                                                                       ) | |
|                   **Plaintiff,**                   ) | |
| **v.**                                                              ) | **Case No. 15-2637-CM** |
|                                                                       ) | |
| **VALLEY VIEW BANK and**              ) | |
| **BANCABILITY,**                                ) | |
|                                                                       ) | |
|                   **Defendants.**              ) | |
| _____ ) | |

| | |
|---|---|
| **SKYLAR HESSON SALEM,** )  )  Plaintiff, ) <br> v. ) <br> ) <br> **McDONALDS,** ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. 15-2638-CM** |
| **SKYLAR HESSON SALEM,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **SHAWNEE POLICE** ) <br> **DEPARTMENT,** ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. 15-2641-CM** |
| **SKYLAR HESSON SALEM,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **CHEX SYSTEMS, INC.** ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. 15-2644-CM** |
| **SKYLAR HESSON SALEM,** ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> **CAPITAL ONE,** ) <br> ) <br> Defendant. ) <br> _____ ) | **Case No. 15-2645-CM** |
| **SKYLAR HESSON SALEM,** ) <br> ) | |

|  |  |  |
|---|---|---|
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 15-2647-CM** |
| | ) | |
| **VALLEY VIEW BANK and** | ) | |
| **BANCABILITY,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 15-2648-CM** |
| | ) | |
| **JOSEPH SALEM and** | ) | |
| **H.E. SALEM CORPORATION,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| _____ | ) | |
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 15-2653-CM** |
| | ) | |
| **KANSAS BUREAU OF** | ) | |
| **INVESTIGATION,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |
| **SKYLAR HESSON SALEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| v. | ) | **Case No. 15-2654-CM** |
| | ) | |
| **MERRIAM POLICE** | ) | |
| **DEPARTMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the court on the Report and Recommendation of United States Magistrate Judge James P. O'Hara. Plaintiff is not represented by counsel and the Report and Recommendation was mailed to him at his last known address on March 26, 2015.[1] No objections to Magistrate Judge O'Hara's Report and Recommendation have been filed, and the time for doing so has expired. *See* Fed. R. Civ. P. 72(b). The court has reviewed the thorough Report and Recommendation filed by Magistrate Judge O'Hara. Based upon that review and the fact that no objection has been filed to it, the court accepts, adopts and affirms the Report and Recommendation in its entirety. As recommended by Magistrate Judge O'Hara, the court also imposes the following filing restrictions on plaintiff:

> Salem is prohibited from filing another complaint at this courthouse, unless he is represented by counsel.
>
> Salem may only file a pro se complaint or document after he provides a notarized affidavit that verifies in paragraph form, with particularity, how the contemplated complaint entitles him to relief. The affidavit must provide notice of the restriction and must provide a copy of the proposed complaint as an exhibit.
>
> Upon compliance with the above stated requirements, the court will review the affidavit and the proposed filing to determine whether it should be accepted for filing. If Salem attempts to file any complaint or document that fails to comply with these restrictions, the Clerk of the Court is directed not to accept and/or file the document.

Accordingly, and after reviewing the file *de novo*, **IT IS ORDERED** that the Report and Recommendation issued by United States Magistrate Judge James P. O'Hara on March 26, 2015 is ACCEPTED, ADOPTED and AFFIRMED. All of plaintiff's cases are dismissed with prejudice. Plaintiff is also restricted from filing new complaint(s), unless the conditions set forth in this order have been met.

---

[1] This was the same mailing address to which Magistrate Judge O'Hara's Notice of Hearing and Order to Show Cause were sent via certified mail, the receipt of which was confirmed on March 11, 2015. (*See* Docs. 15 & 16.)

These cases are now closed.

Dated this 24th day of April, 2015, at Kansas City, Kansas.

                                                      <u>s/ Carlos Murguia</u>
                                                      **CARLOS MURGUIA**
                                                      **United States District Judge**